IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRAVOR REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 08-697-WS-N |
| | ) | |
| MICHAEL MCCRORY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the Defendant's Motion for Summary Judgment is GRANTED, and that Judgment be entered in favor of the Defendant.

DONE this 31st day of December, 2009.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE