IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVOR REED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 08-697-WS-N |
| MICHAEL MCCRORY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the Defendant in the above-styled action.  No costs are taxed.

DONE this 31st day of December, 2009.


                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE